AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Louis Hibbs, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> National Football League, Inc., et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:22-cv-00586 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew M. Purdy
ANDREW M. PURDY, ATTORNEY AT LAW
15615 Alton Parkway, Suite 450
Irvine, CA 92618
amp@purdylegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00586

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                                     _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

Attachment to Summons in a Civil Action

National Football League, Inc.
345 Park Avenue, 7th Floor
New York, NY 10154

National Football League Properties, LLC
345 Park Avenue, 7th Floor
New York, NY 10154

NFL Enterprises LLC
c/o Registered Agent - The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Arizona Cardinals Football Club LLC
c/o Registered Agent - The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Atlanta Falcons Football Club, LLC
c/o Registered Agent – Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Baltimore Ravens Limited Partnership
c/o Resident Agent - Richard W. Cass
1 Winning Drive
Owing Mills, MD 21117

Buccaneers Team LLC
c/o Registered Agent – Capitol Services, Inc.
108 Lakeland Ave.
Dover, DE 19901

Buffalo Bills LLC
c/o Registered Agent – Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Carolina Panthers, LLC
800 South Mint Street
Charlotte, NC 28202

The Chicago Bears Football Club, Inc.
c/o Registered Agent – US Corporation Company
251 Little Falls Drive
Wilmington, DE 19808

Chargers Football Company, LLC
c/o Registered Agent – Jeanne Bonk
333 Susan Street
Costa Mesa, CA 92626

Cincinnati Bengals, Inc.
c/o Registered Agent – Michael Brown
1 Paul Brown Stadium
Cincinnati, OH 45202

Cleveland Browns Football Company, LLC
c/o Registered Agent - The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Dallas Cowboys Football Club, Ltd.
c/o Registered Agent – CT Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201

Detroit Lions, Inc.
c/o Registered Agent – Jay B. Colvin
222 Republic Drive
Allen Park, MI 48101

Football Northwest LLC
Virginia Mason Athletic Center
12 Seahawks Way
Renton, WA 98056

Green Bay Packers, Inc.
c/o Registered Agent – Edward R. Policy
1265 Lombardi Ave.
Green Bay, WI 54304

Houston NFL Holdings, L.P.
c/o Registered Agent – Capitol Services, Inc.
108 Lakeland Ave.
Dover, DE 19901

Indianapolis Colts, Inc.
c/o Registered Agent - The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Jacksonville Jaguars LLC
c/o Registered Agent – Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

Kansas City Chiefs Football Club, Inc.
c/o Registered Agent – Steven Caple
5956 Sherry Lane, Suite 1500
Dallas, TX 75225

Las Vegas Raiders Football LLC
c/o Registered Agent – Mike Pfriender
9850 S. Maryland Pkwy
Suite 187
Las Vegas, NV 89183

Miami Dolphins Ltd.
c/o Registered Agent – Corporate Creations Network Inc
801 US Highway 1
North Palm Beach, FL 33408

Minnesota Vikings Football LLC
c/o Registered Agent - The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

New England Patriots LLC
c/o Registered Agent – US Corporation Company
251 Little Falls Drive
Wilmington, DE 19808

New Orleans Louisiana Saints, LLC
c/o Registered Agent - The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

New York Football Giants Inc.
c/o Registered Agent – CT Corporation System
28 Liberty Street
New York, NY 10005

New York Jets Football Club, Inc.
c/o Registered Agent - The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PDB Sports, Ltd. d/b/a Denver Broncos Football Club
c/o Registered Agent – Richard P. Slivka
13655 Broncos Parkway
Englewood, CO 80112

The Philadelphia Eagles Football Club Inc.
c/o Registered Agent – Corp. Guarantee and Trust Co.
Rodney Square
1000 North King St.
Wilmington, DE 19801

Pittsburgh Steelers Sports Inc.
3400 S. Water St.
Pittsburgh, PA 15203

The Rams Football Company LLC
c/o Registered Agent – Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

San Francisco Forty Niners II, LLC
c/o Registered Agent – US Corporation Company
251 Little Falls Drive
Wilmington, DE 19808

Tennessee Football, Inc.
c/o Registered Agent - The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Washington Football, Inc.
c/o Registered Agent – CSC Lawyers
Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, MD 21202

Fanatics, Inc.
c/o Registered Agent - The Corporation Trust
Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801